JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RONNIE R. WADDELL,

                    Petitioner,

        v.

R. MADDEN, Warden,

                    Respondent.

Case No. CV 17-3715-RGK (KK)

JUDGMENT

        Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

        IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: October 23, 2017

_____
HONORABLE R. GARY KLAUSNER
United States District Judge